UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN ANDERSON,
Plaintiff,

v.

DARREN H AGHABEG,
Defendant.

Case No. 26-cv-07029-PCP

**ORDER GRANTING MOTION TO TRANSFER**

Re: Dkt. No. 5

After removing this case from Santa Clara Superior Court, defendant Darren H. Aghabeg moves to transfer this case to the United States District Court for the Western District of Tennessee. Plaintiff Kathleen Anderson does not oppose such a transfer. Because the parties agree that transfer is appropriate in this case, and because the Court concludes that transfer is "in the interest of justice," 28 U.S.C. § 1404(a), the Court grants the motion to transfer.

**IT IS SO ORDERED.**

Dated: September 10, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California